# United States District Court

## District of the Northern Mariana Islands

UNITED STATES OF AMERICA
V.

JASON RULUKED

Forbidden Island Rd.
Kagman III
Saipan, MP

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: CR-03-00004-001

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|---|
| | | Date and Time<br>THURSDAY, OCTOBER 13, 2005<br>AT 8:30 AM |
| Before: | Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☑ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___3583___

Brief description of offense:

1.) Special Condition 6 - Failure to participate in a substance abuse treatment program approved by the U. S. Probation for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse.
2.) Standard Condition 7- Failure to obtain and maintain gainful employment.
3.) Standard Condition 8 - Failure to perform 300 hours of community service under the direction of the U. S. Probation Office.
4.) Special Condition - Failure to pay special assessment fee of $200.
5.) Mandatory Condition 2 - Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month.
6.) Mandatory Condition 3 - Failure to answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer.
7.) Mandatory Condition 6 - Failure to notify the probation officer at least ten days prior to any changes in residence or employment.

_____        10/12/2005
Signature of Issuing Officer              Date

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

✱ Note: Served original copy on subject [signature]

AO83   (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]  Date  12 OCTOBER 2005 |
| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at: KAGMAN RESIDENCE
BLUE CONCRETE SINGLE STORY STRUCTURE OFF OF FORBIDDEN ISLE DR AND PINE DR

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  12 OCTOBER 2005
            Date

JOAQUIN SALAS
Name of United States Marshal /CDUSM

WOLFGANG M. CALVERT
(by) Deputy United States Marshal  #3086

Remarks:

[Hand-drawn map showing Kagman Sr, Kagman Jr, Kagman Elem, FD, Pine Dr, Forbidden Isle Dr (Paved), (King), Blue concrete single story Subj house, Tent, K-9, Trash, Green single story concrete house, (Dirt)]

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.