F I L E D
Clerk
District Court

OCT 13 2005

For The Northern Mariana Islands
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-03-00004                                October 13, 2005
                                           8:30 a.m.

### U.S.A. -v- JASON RULUKED

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           LOREN SUTTON, ATTORNEY FOR DEFENDANT
           JASON RULUKED, DEFENDANT

PROCEEDINGS: VIOLATION HEARING

Defendant **JASON RULUKED** appeared with counsel, Attorney Loren Sutton. Government was represented by Craig Moore, AUSA. Also present was Margarita Wonenberg, U.S. Probation Officer.

The defendant admitted to all violations.

Government recommended that the defendant be given another chance; however, the conditions of probation should be amended to include more community service. Attorney Sutton concurred with the Government.

Defendant was sworn and examined by the Court.

It is the judgment of the Court that Jason Ruluked's term of supervised release shall not be revoked at this time, pursuant to 18 U.S.C. § 3583(e) and U. S. S. G. § 7B1.3(a)(2). Supervised release shall continue with the following modification of conditions:

1. That the defendant shall not commit another federal, state, or local crime;

2. That the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Probation Office;

3. That the defendant shall not possess a firearm or other dangerous weapon;

4. That the defendant shall not possess, use, distribute, or administer any controlled substances and that he shall submit to one urinalysis after release from imprisonment and to two more urinalysis there after not to exceed 60 days;

5. That the defendant shall participate in a substance abuse treatment program approved by the U.S. Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall also make a co-payment for treatment at a rate to be determined by the U.S. Probation Office;

6. That the defendant shall refrain from any use of alcohol and shall submit to breathalyser testing as directed by the U.S. Probation Office not to exceed eight tests per month until the termination of supervised release;

7. That the defendant shall submit to drug testing as directed by the U.S. Probation Office not to exceed eight tests per month until the termination of supervised release;

8. That the defendant shall obtain and maintain gainful employment;

9. That the defendant obtain a high school equivalency;

10. That the defendant shall pay his special assessment fee immediately; and

11. That the defendant shall perform 200 more hours of community service under the direction of the U.S. Probation Office.

Adjourned 8:50 a.m.

*K. Lynn Lemieux, Courtroom Deputy*