≈AO83     (Rev. 12/85) Summons in a Criminal Case

FILED
Clerk
District Court

DEC 1 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court
## District of the Northern Mariana Islands

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>JASON RULUKED<br>Forbidden Island Rd.<br>Kagman III<br>Saipan, MP<br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>CASE NUMBER: CR-03-00004-001 |

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|
| | Date and Time<br>WEDNESDAY, DECEMBER 21, 2005<br>AT 9:00 AM |
| Before: Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☑ Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __3583__

Brief description of offense:

1.) Special Condition 6 - Failure to participate in a substance abuse treatment program approved by the U. S. Probation for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse;
2.) Special Condition - Failure to pay special assessment fee of $200;
3.) Standard Condition 2 - Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month;
4.) Standard Condition 3 - Failure to answer truthfully all inquiries by the probation officer and follow the instruction of the probation officer.

_____        12-19-05  12/19/2005
Signature of Issuing Officer                    Date

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

⬥AO83        (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date<br>Service was made by me on:[1] |

| Check one box below to indicate appropriate method of service |
|---|

☒ Served personally upon the defendant at: _Residence in Kagman Area of Saipan @ 1800 12-19-05_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _12-19-05_
           Date

_J. Salas_
Name of United States Marshal / CDUSM

_(signature)_
(by) Deputy United States Marshal
W. M. Calvert #3086

Remarks:   US MARSHALS SERVICE-CNMI
           DEC 19 2005
           RECEIVED

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.