F I L E D
Clerk
District Court

DEC 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************

CR-03-00004                                    December 21, 2005
                                               9:20 a.m.

### U.S.A. -v- JASON RULUKED

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           TIM MORAN, ASSISTANT U.S. ATTORNEY
           LOREN SUTTON, ATTORNEY FOR DEFENDANT
           JASON RULUKED, DEFENDANT

PROCEEDINGS: VIOLATION HEARING

Defendant **JASON RULUKED** appeared with counsel, Attorney Loren Sutton. Government was represented by Tim Moran, AUSA. Also present was Margarita Wonenberg, U.S. Probation Officer.

The defendant admitted to all violations.

Government recommended that the defendant be given three months of home confinement with conditions. Attorney Sutton concurred with the Government.

Court examined the Defendant.

It is the judgment of the Court that Jason Ruluked's term of supervised release shall not be revoked at this time; however, the defendant shall be placed on 24 hour house arrest for three months and shall be electronically monitored; the 24 hour house arrest (except for pre-approved release as authorized by the Probation Officer) and all previously ordered conditions as previously set.

                                    Adjourned 9:25 a.m.

                                    _____
                                    K. Lynn Lemieux, Courtroom Deputy