AO83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

### District of the Northern Mariana Islands

FILED
Clerk
District Court

JUN 20 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA
V.

JASON RULUKED

Forbidden Island Rd.
Kagman III
Saipan, MP

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: CR-03-00004-001

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|---|
| Before: | Honorable, Alex R. Munson, Chief Judge | Date and Time<br>WEDNESDAY, JUNE 21, 2006<br>AT 10:00 AM |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☑ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___3583___

Brief description of offense:

1.) Special Condition 5 - Failure to participate in a substance abuse treatment program approved by the United States Probation for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse;
2.) Special Condition 6 - Failure to refrain from alcohol;
3.) Special Condition 9 - Failure to obtain and maintain gainful employment;
4.) Standard Condition 6 - Failure to inform the probation officer at least ten days prior to any change in residence or employment;
5.) Standard Condition 2 - Failure to report to the probation officer and submit a truthful and complete written report within the first five days of each month;
6.) Special Condition - Failure to pay a special assessment fee of $200

_____
Signature of Issuing Officer

June 20, 2006
Date

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

AO83     (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]   Date  6-20-06   3:05 pm |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. MARSHAL'S Office Horiguchi BLDG., Garapan     CNMI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   20 Jun 2006                    SALAS, JOAQUIN
             Date                           Name of United States Marshal

                                            _____
                                            (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.