ORIGINAL
FILED
Clerk
District Court

JUN 28 2007

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

AO 442  (Rev. 5/93) Warrant for Arrest

# United States District Court
## District of the Northern Mariana Islands

UNITED STATES OF AMERICA

V.

JASON RULUKED

**WARRANT FOR ARREST**

CASE NUMBER: CR-03-00004-001

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____JASON RULUKED_____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☑ Violation Notice  ☐ Probation Violation Petition

**charging him or her with** (brief description of offense)

The Defendant failed to comply with the following conditions:
- Failure to refrain from any unlawful use of a controlled substance;
- Failure to answer truthfully all inquiries of the probation officer and follow the instructions of the probation officer;
- Failure to work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
- Failure to notify the probation officer at least ten days prior any change in residence or employment;
- Failure to participate in a substance abuse treatment program approved by the U.S. Probation for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse;
- Failure to refrain from any use of alcohol; and
- Failure to pay a special assessment fee of $200.

in violation of Title ___18___ United States Code, Section(s) ___3583(d)___

RECEIVED JUN 14 2007 MARSHALS SERVICE-CNMI

Alex R. Munson
Name of Issuing Officer

Chief Judge
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

SAIPAN, NORTHERN MARIANA ISLANDS
Date and Location

Bail fixed at $ __NO BAIL__   by  *[signature]* Honorable, Alex R. Munson, Chief Judge
                                   Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
Kagman III, Saures Residence, Saipan CNMI

| DATE RECEIVED 14 JUN 07 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert C/DUSM #3086 USMS D/NMI | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 28 JUN 07 | | |