# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR- 03-00004-001                                                          June  29, 2007
                                                                          11:00 a.m.

### U.S.A. -v- JASON RULUKED

PRESENT:   HON. ALEX R. MUNSON,  JUDGE PRESIDING
           MICHELLE C. MACARANAS, DEPUTY CLERK
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY ASSISTANT U.S. ATTORNEY
           JASON RULUKED, DEFENDANT
           LOREN SUTTON, ATTORNEY FOR DEFENDANT

PROCEEDINGS: VIOLATION HEARING

Defendant **JASON RULUKED** appeared with court-appoointed counsel, Attorney Loren Sutton. Government was represented by Eric O'Malley, AUSA. Also present was Margarita Wonenberg, U.S. Probation Officer.

Court inquired as to whether the Defendant denies all allegations. Defense replied that he did ADMIT the violation allegations. Government stated that they adopted the proposed petition of the U.S. Probation Office and moved for revocation. Government recommended imposition of 9 months imprisonment. Defense argued.

In accordance with the Sentencing Reform Act of 1984, it is the judgment of the Court that Jason Ruluked supervised release be revoked pursuant to 18 U.S.C. § 3583(e)(3) and § 7B1.3(a)(2). The defendant is hereby sentenced to a term of **six months imprisonment**. While in prison, it is recommended that he participate in a program to address alcohol related issues. Upon release, Jason Ruluked is to serve a term of **supervised release of 27 months** with the following conditions:

.

1.   That the defendant shall not commit another federal, state, or local crime;

2.   That the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Probation Office;

3.   That the defendant shall not possess a firearm or other dangerous weapon;

CR-03-00004-001
USA vs. Jason Ruluked
Violation Hearing
Page 2

4. That the defendant shall refrain from any unlawful use of a controlled substance, and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month, as directed by the probation officer;

5. That the defendant shall participate in a substance abuse treatment program approved by the United States Probation Office for the treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. The defendant shall also make a co-payment for treatment at a rate to be determined by the United States Probation Office;

6. That the defendant shall refrain from any use of alcohol and shall submit to breathalyser testing as directed by the United States Probation Office;

7. That the defendant shall obtain and maintain gainful employment;

8. That the defendant perform an additional 100 hours community service under the supervision of the U.S. Probation Office; and

9. That the defendant shall pay his special assessment fee immediately.

Court recommended to Bureau of Prison that the defendant participate in a program to address drug and alcohol related issues. Court further recommended that the defendant obtain his GED Diploma.

Defendant was advised that he had 10 days in which to appeal this case.

Defendant was remanded into the custody of the U.S. Marshal.

Adj. 11:25 a.m.

/s/ Michelle C. Macaranas, Deputy Clerk