# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANAS ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　)<br>JASON RULUKED )<br>　　　　　Defendant. )<br>_____ ) | CRIMINAL CASE NO. 03-00004-001<br><br>REQUEST TO TRAVEL |

**FILED**
Clerk
District Court

MAY - 6 2008

For The Northern Mariana Islands
By_____
　　　　　(Deputy Clerk)

On July 8, 2003, Jason Ruluked was sentenced by the Honorable Alex R. Munson, Chief Judge for the District of the Northern Mariana Islands, for Obstruction of Justice, in violation of 18 U.S.C. § 1503 and False Statements, in violation of 18 U.S.C. § 1001. He was ordered to serve 33 months imprisonment followed by three years supervised release with conditions to include that he not possess a firearm, destructive device, or any other dangerous weapons; not commit another federal, state, or local crime; not use or possess illegal controlled substances and submit to one urinalysis within 15 days of release from imprisonment and to two more thereafter; refrain from the use of any and all alcoholic beverages; participate in a substance abuse treatment program approved by the U.S. Probation for the treatment of narcotic addiction or drug or alcohol dependency which will include the testing for the detection of substance use or abuse; obtain or maintain gainful employment; perform 300 hours of community service; obtain a high school diploma or its equivalent; and make arrangements to pay his creditors outlined in the presentence report.

On October 13, 2005, supervised release conditions were modified to include 200 additional hours of community service as a sanction for noncompliant behavior. On December 21, 2005, supervised release conditions were modified to include three months home detention with electronic monitoring. All other conditions were re-imposed. On June 21, 2006, supervised release conditions were revoked and a three-month term of imprisonment was imposed followed by 33 months supervised release. All conditions that were previously ordered were reimposed. On June 29, 2007, supervised release conditions were revoked and a six-month term of imprisonment was imposed followed by twenty-seven months supervised release. The court imposed an additional 100 hours of community service at the direction of the U. S. Probation Office, and ordered that all other conditions shall be reimposed.

On February 13, 2008, a Transfer of Supervision Request was submitted to the U.S. Probation Office District of Guam for Mr. Ruluked to relocate to Guam in order to be reunited with his family. While in Guam, Mr. Ruluked proposes to stay with his mother, Inaria Ubedei, who resides in a two bedroom house in Mangilao. On April 21, 2008, a letter was received from the U.S. Probation in Guam accepting Mr. Ruluked into the District.

Request to Travel
Jason Ruluked
May 6, 2007
page 2

**Supervision Compliance:** Mr. Ruluked has a history of noncompliance with the probation office, all of which have been addressed. It is noted that Mr. Ruluked's current lifestyle at his father's and step-mother's residence does not provide a positive environment for rehabilitation because his father continues to consume alcohol regardless of his son's court mandated conditions to refrain from any alcohol.

**Recommendation:** In light of Mr. Ruluked's current situation and the prospects of getting reunited with his family in Guam, this officer supports his request to travel, and seeks Court approval.

Respectfully Submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U. S. Probation Officer

By: _____
MARGARITA DLG WONENBERG
U. S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   File