| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|



**RULUKED, JASON**
USDC Cr. Cs. #03-00004
SS#: XXX-XX-0646
DOB: XX-XX-1965
HT: 5'11"   WT: 145 lbs.

DATE _____May 6, 2008_____
Clerk
District Court

MAY - 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO     **Guam**

LEAVING     **May 7, 2008**     AND RETURNING     **N/A**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**PURPOSE OF THIS TRIP:**

**Relocation to Guam to be reunited with family**

**SPECIAL INSTRUCTIONS:** (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall continue to abide by your conditions of supervised release;

2. You shall call the U.S. Probation Office in Guam within 24 hours upon arrival in Guam, at (671) 473-9201

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME     N/A
ADDRESS  _____

*Margarita DLG. Wonenberg*
UNITED STATES PROBATION OFFICER

☒ APPROVED     ☐ DISAPPROVED

*Alex R. Munson*
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE NORTHERN
MARIANAS ISLANDS